CR14 00245 BLF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

THE UNITED STATES OF AMERICA

vs.

KENNETH KEZEOR

## INDICTMENT

| | |
|---|---|
| Count One: | 18 U.S.C. § 1030(a)(5)(A) – Intentional Damage to a Protected Computer |
| Count Two: | 18 U.S.C. § 1030(a)(5)(B) – Intentional Access to a Protected Computer Recklessly Causing Damage |

*A true bill.*

*Foreperson*

*Filed in open court this 30th day of April A.D. 2014*

*United States Magistrate Judge*

Bail. $ No Bail Arrest Warrant

**SEALED BY ORDER OF THE COURT**

**FILED APR 30 2014**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MELINDA HAAG (CABN 132612)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **CR14 00245** BLF PSG |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 1030(a)(5)(A) – Intentional Transmission Causing Damage to a Protected Computer; 18 U.S.C. § 1030(a)(5)(B) – Intentional Access to a Protected Computer Recklessly Causing Damage; 18 U.S.C. §§ 1030(i) and (j) – Forfeiture. |
| v. | |
| KENNETH KEZEOR, | |
| Defendant. | SAN JOSE VENUE |
| | **UNDER SEAL** |

INDICTMENT

At all times relevant to this Indictment:

1. Defendant, KENNETH KEZEOR ("KEZEOR"), was an individual residing in Santa Cruz County, California.

2. KEZEOR was employed by Agilent Technologies and its predecessors from approximately May 13, 1997, through approximately October 31, 2012. KEZEOR worked for Agilent and its predecessors at locations in the Northern District of California.

3. Agilent operated a computing application called AskTac, which ran on a server connected to the Internet and located in Colorado Springs, Colorado.

INDICTMENT

1  COUNT ONE: (18 U.S.C. § 1030(a)(5)(A) – Intentional Transmission of Information, Code, or
2  Command Causing Damage to a Protected Computer)
3      4.    Starting on or about November 13, 2012, and continuing through on or about March 4,
4  2013, in the Northern District of California and elsewhere, the defendant,
5                                      KENNETH KEZEOR,
6  knowingly caused the transmission of a program, information, code, and command, and, as a result of
7  such conduct, intentionally caused damage without authorization to a protected computer; that is,
8  KEZEOR knowingly transmitted a program, information, code, and command to the AskTac server and
9  thereby caused damage without authorization, and the offense caused loss to a person during a one year
10 period from the defendant's course of conduct affecting a protected computer aggregating at least
11 $5,000 in value. All in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and
12 (c)(4)(B)(i).
13 COUNT TWO: (18 U.S.C. § 1030(a)(5)(B) – Intentional Access to a Protected Computer Recklessly
14 Causing Damage)
15     5.    Starting on or about November 13, 2012, and continuing through on or about March 4,
16 2013, in the Northern District of California and elsewhere, the defendant,
17                                     KENNETH KEZEOR,
18 intentionally accessed a protected computer without authorization, and as a result of such conduct,
19 recklessly caused damage, that is, KEZEOR intentionally accessed the AskTac server without
20 authorization and thereby recklessly caused damage, and the offense caused loss to a person during a
21 one year period from the defendant's course of conduct affecting a protected computer aggregating at
22 least $5,000 in value. All in violation of Title 18, United States Code, Sections 1030(a)(5)(B) and
23 1030(c)(4)(A)(i).
24 FORFEITURE ALLEGATION: (18 U.S.C. § 1030(i) and (j))
25     6.    The factual allegations contained in Counts One and Two are hereby realleged for the
26 purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 1030(i) and (j).
27     7.    Upon conviction of the offenses in violation of Title 18, United States Code, Section
28 1030(a)(5) set forth in Counts One and Two of this Indictment, the defendant,

INDICTMENT

KENNETH KEZEOR,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1030(i) and (j), any personal property used or intended to be used to commit or to facilitate the commission of said violation or a conspiracy to violate said provision, and any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses, including but not limited to, a sum of money equal to the total amount of proceeds defendant obtained or derived, directly or indirectly, from the violation.

8. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

//

INDICTMENT

1  United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 1030(i)(2).
2  All pursuant to Title 18 United States Code, Section 1030.
3  Dated:                                                          A TRUE BILL.

                                                                    _____
                                                                    FOREPERSON

MELINDA HAAG
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: _____ )
                      AUSA M. KANE

INDICTMENT

4

AO 257 (Rev. 6/78)

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

─── **OFFENSE CHARGED** ───

18 U.S.C. § 1030(a)(5)(A)
18 U.S.C. § 1030(a)(5)(B)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attached

SEALED BY ORDER OF THE COURT

─── **DEFENDANT - U.S** ───

▶ KENNETH KEZEOR

**DISTRICT COURT NUMBER**
CR 14 00245

FILED APR 30 2014 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

BLF PSG

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes  ☐ No
If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

─── **PROCEEDING** ───

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form  MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  MICHELLE J. KANE

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

# Attachment
# Penalty Sheet

Statutory Maximum Penalties:

18 U.S.C. § 1030(a)(5)(A): Ten years of imprisonment, $250,000 fine (or alternatively, twice the gross gain or gross loss, whichever is greater), three years of supervised release, $100 special assessment, forfeiture, and restitution.

18 U.S.C. § 1030(a)(5)(B): Five years of imprisonment, $250,000 fine (or alternatively, twice the gross gain or gross loss, whichever is greater), three of years supervised release, $100 special assessment, forfeiture, and restitution..